UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN DIAZ MARTINEZ,<br><br>                  Plaintiff,<br><br>-v.-<br><br>PG & JCALS TRANSPORTATION, LLC et al.,<br><br>                  Defendants. | 25 Civ. 2054 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

This case was removed from New York State Supreme Court, Bronx County, on March 12, 2025. Pursuant to 28 U.S.C. § 1446(d), "[p]romptly after the filing of [the] notice of removal . . . [,] the . . . defendants" were required to "give written notice thereof to all adverse parties and [to] file a copy of the notice with the clerk of such State court." Defendants did so, and Plaintiff received the requisite notice. *See Diaz Martinez, Juan v. Pg & Jcals Transportation, LLC. et al*, 807456/2024E, NYSECF Nos. 12, 13 (N.Y. Sup. Ct., Bronx Cty. March 13, 2025). Nevertheless, Plaintiff's counsel has failed to enter an appearance in this action.

Counsel for Plaintiff is directed to file an appearance with this Court no later than **May 5, 2025**. Counsel for Defendants shall serve a copy of this Order on counsel for Plaintiff by **April 30, 2025**.

The conference scheduled for April 28, 2025 is adjourned *sine die*.

SO ORDERED.

Dated: April 28, 2025
       New York, New York

                                                      JENNIFER H. REARDEN
                                                      United States District Judge